SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JIN LEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>         Plaintiff,<br><br>   vs.<br><br>NITAYA SAEDAN D/B/A BANGLUCK MARKET; DBC PROPERTIES, INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:20-cv-01847 MWF (MRWx)**<br><br>**Plaintiff's Application for Default Judgment by Court**<br><br>Date: August 31, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A<br><br>Honorable Judge Michael W. Fitzgerald |

     To Defendant NITAYA SAEDAN D/B/A BANGLUCK MARKET and the attorneys of record, if any: Please take notice that on August 31, 2020, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Los Angeles, CA 90012. Plaintiff JIN LEE will present Plaintiff's application for default judgment against Defendant NITAYA SAEDAN D/B/A BANGLUCK MARKET. The Clerk has previously entered the default on Defendant NITAYA SAEDAN D/B/A BANGLUCK MARKET on May 27, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant NITAYA SAEDAN D/B/A BANGLUCK MARKET is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant NITAYA SAEDAN D/B/A BANGLUCK MARKET has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and negligence.

The Plaintiff seeks a judgment in the amount of $3,640.00 in attorney fees and costs as set forth in the attached declaration of Jason Yoon and an Order directing the defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 5170 Hollywood Boulevard, Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original application for default judgment by court was served on Defendant NITAYA SAEDAN D/B/A BANGLUCK MARKET on July 6, 2020 by first class United States Mail, postage prepaid.

Dated:  July 6, 2020                    SO. CAL. EQUAL ACCESS GROUP


By:    _/s/ Jason Yoon_____
       Jason Yoon, Esq.
       Attorneys for Plaintiff